# In the United States Court of Federal Claims

No. 14-740C
(Filed: January 28, 2020)

```
***********************************
LOUISE RAFTER et al.,             *
                                  *
          Plaintiffs,             *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
***********************************
```

**ORDER**

In the interest of judicial economy and preserving the parties' resources, the court **STAYS** consideration of defendant's motion to dismiss pending the determination of further proceedings in Fairholme Funds, Inc. v. United States, No. 13-465C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge